COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Case number: 01-18-00337-CR

Style: *Donna Gayle Holcomb, Appellant v. State of Texas, Appellee*

Type of motion: Motion for the court to reconsider order denying appellant the right to proceed pro se on appeal and motion for extension of time

Party filing motion: Appellant

Appellant's motion is **dismissed** for **lack of jurisdiction**.

Judge's signature: /s/ Jane Bland
                   Justice Bland
                   Acting for the Court

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date: December 4, 2014